No. 345. HAMILTON ET AL. *v.* ATLANTIC MORTGAGE & FINANCE Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. L. Nash* for petitioners. *Messrs. H. P. Adair* and *John C. Cooper, Jr.,* for respondent.

No. 346. CLARKE ET AL. *v.* BOYSEN ET AL.;

No. 347. POGSON, TRUSTEE, ET AL., *v.* BIG HORN POWER Co. ET AL.; and

No. 348. CLARKE ET AL. *v.* CHICAGO, BURLINGTON & QUINCY R. Co. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Fred R. Wright* and *O. Ellery Edwards* for petitioners. *Messrs. J. Q. Dier, J. C. James,* and *Bruce Scott* for respondents. Reported below: 39 F. (2d) 800.

No. 349. NELSON *v.* PUGET SOUND NAVIGATION Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Winter S. Martin* for petitioner. *Mr. H. B. Jones* for respondent.

No. 353. PHOENIX ASSURANCE Co. *v.* FLEMING ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert E. Steiner, Jr.,* for petitioner. *Mr. W. O. Mulkey* for respondents.

No. 354. LEWIS *v.* CANADIAN PACIFIC RY. Co. ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Andrew R. Sheriff* for petitioner. *Messrs. Wirt E.*